

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Aftab Alam Malik - #171926

_____/

CV 09 80139MISC

VR

**ORDER TO SHOW CAUSE**

It appearing that Aftab Alam Malik has been suspended for not passing the professional responsibility exam by the State Bar Court effective May 6, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before August 11, 2009 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Aftab Alam Malik
Malik Law Offices
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210-4410