FILED

OCT 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-09-80139 MISC VRW

Aftab Alam Malik,
                                     ORDER
  State Bar No 171926

_____/

On July 2, 2009, the court issued an order to show cause (OSC) why Aftab Alam Malik should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension for failure to pass the professional responsibility exam, effective May 6, 2009.

The OSC was mailed to Mr Malik's address of record with the State Bar on July 7, 2009, and was returned by the post office marked "refused." A written response was due on or before August 11, 2009. No response to the OSC has been filed as of this date.

The court now orders Aftab Alam Malik removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Aftab Alam Malik,

Case Number: C09-80139 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aftab Alam Malik
Malik Law Offices
433 North Camden Drive, Ste 600
Beverly Hills, CA 90210


Dated: October 21, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk