OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
09 NOV -2 PM
RICHARD W. WIEKING
CLERK, U.S.
NORTHERN D...

FILED
NOV 0 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Misc

09-80139
misc VRW

NIXIE        900   DE 1       00   10/29/09
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 94102348999    *0240-08097-22-37

02 1M
0004285235
MAILED FROM ZIPCODE 94102
UNITED STATES POSTAGE
PITNEY BOWES
OCT 22 2009
$ 00.44

Aftab Alam Malik
Malik Law Offices
433 North Camden Drive, Ste 600
Beverly Hills, CA 90210